FILED
CLERK, U.S. DISTRICT COURT

MAR 21 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> SALVADOR ERNESTO NUNEZ-RAYMUNDO <br> Defendant. | Case No.: ED14-0127M <br> ORDER OF DETENTION <br> (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of ARIZONA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (1)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES
- ASSOCIATED WITH MULTIPLE PERSONAL IDENTIFIERS
- PRIOR DEPORTATIONS
- SUBMISSION TO DETENTION

1

1  and/or

2  B.      ( )     The defendant has not met his/her burden of establishing by clear and
3                  convincing evidence that he/she is not likely to pose a danger to the
4                  safety of any other person or the community if released under 18
5                  U.S.C. § 3142(b) or (c).  This finding is based on the following:

6  _____
7  _____
8  _____
9  _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 3/21/14

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge